# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0744. CHANCE BOSTON v. FKG LOGISTICS et al.**

In this workers' compensation action, the superior court dismissed claimant Chance Boston's petition for review of the decision of the Appellate Division of the State Board of Workers' Compensation. Boston filed a notice of appeal. He also filed an application for discretionary appeal, which this Court denied. See Case No. A26D0115 (Oct. 27, 2025). This is the direct appeal. We, however, lack jurisdiction.

Pretermitting other jurisdictional issues that this case raises, "[a]ppeals from decisions of the superior courts reviewing decisions of the State Board of Workers' Compensation" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Adivari v. Sears, Roebuck & Co.*, 221 Ga. App. 279, 279 (471 SE2d 59) (1996). Our denial of Boston's application in Case No. A26D0115 was an adjudication on the merits of the underlying order and bars the instant appeal. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) (a ruling on an application for discretionary appeal acts as res judicata in later proceedings); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to

another bite at the apple by way of a second appeal"). Accordingly, Boston's direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 11/21/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*